

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

June 29, 2004

Denis T. Teague, Esq.
174 Central Street, Suite 404
Lowell, MA 01852

Re:   Lim Douk Kim and Park Café & Gallery, Inc. v. United States
      United States District Court, District MA Civil Action No. 04-11410-DPW

Dear Mr. Teague:

You attempted to serve the enclosed summons and complaint in the above-captioned matter upon the Office of Attorney General Thomas F. Reilly. Please be advised that Attorney General Reilly does not represent the United States or United States Department of Interior nor is he authorized to accept service on their behalf.

Thank you for your kind attention.

Sincerely,

Ernest L. Sarason, Jr.
Assistant Attorney General

cc: Tony Anastas, Clerk, United States District Court