FILED
IN CLERKS OFFICE
2004 OCT A 11: 38
U.S. DISTRICT COURT
DISTRICT OF MASS.

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss

SUPERIOR COURT
CIVIL ACTION NO. 04-11410-DPW

| | |
|---|---|
| PARK CAFÉ & GALLERY, INC., and LIM DOUK KIM,<br>**Plaintiffs**<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR,<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO FILE CERTIFICATION OF CLIENT CONFERENCE

Now come the Plaintiffs and state as follows:

1. Plaintiff's were ordered to file with the court by October 29, 2004 the certification of conference with counsel regarding budgeting of costs of conducting the full of litigation of claims and possible alternative dispute resolution and costs associated therewith.

2. Plaintiff Lim Douk Kim was evicted from her residence in Lowell, Massachusetts during or about July 2004.

3. Plaintiff Lim Douk Kim contacted her counsel, Denis T. Teague, Esquire, by telephone once during September 2004, stating that she and her family were transient and would inform counsel when they found new quarters.

4. On or about October 18, 2004, Plaintiff Lim Douk Kim contacted her said counsel and informed him that she was now residing in Utica, New York, providing an address and telephone number.

5. Since the scheduling conference with the court on October 22, 2004, the Plaintiffs' said counsel attempted to contact Lim Douk Kim to comply with the conferencing requirement and execute the certification, leaving no less than three (3) telephonic messages requesting Plaintiff Lim Douk Kim to contact her said counsel for that purpose.

6. As of October 28, 2004, Plaintiff Lim Douk Kim has yet to contact her said counsel.

7. Although she commands a solid understanding of English, the primary language of Plaintiff Lim Douk Kim is Kmer (Cambodian).

8. The plaintiffs' said counsel is unable to attribute a cause for the lack of communication from Plaintiff Lim Douk Kim, although said counsel is confident of the Plaintiff's earnestness in pursuing her claims.

9. On October 28, 2004, the Plaintiffs' said counsel sent by certified mail a letter requesting Plaintiff Lim Douk Kim to contact her said counsel, enclosing with said letter a copy of the certification sought by the court for her execution upon her contacting and conferring with her said counsel

WHEREFORE, the Plaintiffs respectfully request the following relief from the court:

1. Enlargement of time for filing a certificate of client conference until November 5, 2004.

The foregoing statement is submitted in compliance with Local Rule 16.1. et seq.

2

Dated: October 28, 2004

The Plaintiffs,

_____
Park Café & Gallery, Inc.
Lim Douk Kim, Owner

_____
Lim Douk Kim, Individually

By their attorney,

_____
Denis T. Teague, Esquire
BBO #642552
174 Central Street
Lowell, MA 01852
(978) 454-6551

## CERTIFICATE OF SERVICE

I, Denis T. Teague certify that I have served upon the persons listed below a true copy of the foregoing document in hand and by postage prepaid, first class mail this 29th day of October, 2004.

In hand at and mailed to:   Gina Walcott-Torres
Assistant U.S. Attorney
One Courthouse Way
Suite 9200
Boston, MA 02210

Denis T. Teague, Esq.
BBO #642552
174 Central Street
Lowell, MA 01852
(978) 454-6551

**DENIS T. TEAGUE**
ATTORNEY AT LAW
174 Central Street, Suite 404
Lowell, MA 01852

FILED
IN CLERKS OFFICE

2004 OCT 29   Telephone: (978) 454-6551
Fax: (978) 453-4700

U.S. DISTRICT COURT
DISTRICT OF MASS.

Lim Douk Kim
311 Arthur Street
Utica, NY 13501

October 29, 2004

RE: **Kim, et al. v. United States**
**Motion for Extension of Time to File Rule 16 Certification**
Docket No.: **04-CV-11410**

Dear Lim Kim:

    As you are aware, a Scheduling Conference was held by the court on the above matter on October 21, 2004. At the conference, we were directed by the judge to file a certificate stating that you and I had conferred with regard to certain subjects. That certification was due today, October, 29, 2004. Since October 21, 2004, I have attempted to speak to you at the telephone number you provided me. I have left several voice messages for you to return my call for the purpose of conferencing, but have not received any response from you. I am unsure what circumstances have prevented you from contacting me.

    Enclosed is a Motion for Extension of Time to File Certification of Conference in connection with the above matter, which I am this day filing with the court. There is no guarantee that the motion will be granted. Although I have explained to the court your eviction this summer and your relocation, I am presently unable to explain why you have not returned my calls since October 21, 2004.

    Please contact me upon your receipt of this letter. If the court allows the extension, we will conference and execute a certification in conformity with the court's directive.

    Thank you for your kind attention to this request.

Very truly yours,

*Denis T. Teague*

Denis T. Teague, Esq.

DTT/h
Enclosures: (1)

# DENIS T. TEAGUE
### ATTORNEY AT LAW
174 Central Street, Suite 404
Lowell, MA 01852

FILED
IN CLERKS OFFICE

2004 OCT 29  A 11:38

U.S. DISTRICT COURT
DISTRICT OF MASS.

Telephone: (978) 454-6551
Fax: (978) 453-4700

Gina Walcott-Torres,
Asst. U.S. Attorney
Suite 9200
1 Courthouse Way
Boston, MA 02210

October 29, 2004

RE:      **Kim, et al. v. United States**
         **Motion for Extension of Time to File Rule 16 Certification**
Docket No.: **04-CV-11410**

Dear Attorney Walcott-Torres:

    As you are aware, I am scheduled to present my certification of client conference with the court this day. Unfortunately, my clients' ability to communicate appears to have been disrupted. I am therefore requesting a one week extension in order to see if certified mail might generate a response. Enclosed is my Motion for Extension of Time to File Certification of Conference in connection with the above matter. The reasons for this filing are explained in the motion.

    My computer's PDF conversion file has been corrupted and is being serviced. I am therefore filing the motion by paper.

    I am also enclosing copies of correspondence that I am sending this day to Judge Woodlock's clerk and of the certified letter to my client. I trust that you will not object to the extension under the circumstances.

    Thank you for your kind attention.

Very truly yours,

*Denis T. Teague*

Denis T. Teague, Esq.

DTT/h
Enclosures: (3)