IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIM DOUK KIM, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>UNITED STATES DEPARTMENT OF )<br>THE INTERIOR, )<br>)<br>Defendant. )<br>) | CASE NO.: 04-CV-11410-DPW |

**MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO
FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**

The Defendant, United States Department of the Interior, through the National Park Service (hereinafter collectively "NPS"), respectfully requests this Court to dismiss plaintiffs' Civil Complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) as fully set forth in the accompanying memorandum of law.

    Respectfully Submitted,

    Defendant,

    By its attorney,
    MICHAEL J. SULLIVAN
    United States Attorney

    By: /s/Gina Y. Walcott-Torres
        Gina Y. Walcott-Torres
        Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3369

2

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that she has informed counsel for the plaintiffs of the relief requested by this motion both in open court at the October 21, 2004, Scheduling Conference and via telephonic messages.

                                             /s/Gina Y. Walcott-Torres
                                             Gina Y. Walcott-Torres
                                             Assistant U.S. Attorney