PARK CAFE
BILLS OF COLLECTION
LOG

March 27, 2003

| BILLING DATE | FOR MONTH OF: | AMOUNT DUE | | PAYMENT DATE | AMOUNT PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | Current Month | Balance Forward | | | |
| March 25, 2003 | APRIL | $2,560.00 | $12,506.64 | | | $12,506.64 |
| February 24, 2003 | MARCH | $2,560.00 | $9,946.64 | | | $9,946.64 |
| January 28, 2003 | FEBRUARY | $2,560.00 | $7,386.64 | | | $7,386.64 |
| December 2, 2002 | JANUARY | $1,706.66 | $4,826.64 | | | $4,826.64 |
| December 2, 2002 | DECEMBER | $1,706.66 | $5,119.98 | 12/10/2002 | $2,000.00 | $3,119.98 |
| December 2, 2002 | NOVEMBER | $1,706.66 | $3,413.32 | | | $3,413.32 |
| | | | | 10/03/2002 | $2,093.26 | $1,706.66 |
| October 2, 2002 | OCTOBER | $1,706.66 | $6,799.92 | 09/09/2002 | $3,000.00 | $3,799.92 |
| August 14, 2002 | SEPTEMBER | $1,706.66 | $5,093.26 | | | $5,093.26 |
| | | | | 08/10/2002 | $3,000.00 | $3,386.60 |
| August 1, 2002 | AUGUST | $1,706.66 | $9,386.60 | 08/08/2002 | $3,000.00 | $6,386.60 |
| July 1, 2002 | JULY | $1,706.66 | $7,679.94 | | | $7,679.94 |
| June 1, 2002 | JUNE (+rate change 2/1-5/31/02) | $1,706.66 | $5,973.28 | | | $5,973.28 |
| May 1, 2002 | MAY | $853.34 | $853.34 | | | $853.34 |
| April 1, 2002 | APRIL | $853.34 | $1,706.68 | 04/08/2002 | $1,706.95 | $0.00 |
| March 1, 2002 | MARCH | $853.34 | $853.34 | | | $853.34 |
| February 1, 2002 | FEBRUARY | $853.34 | $853.34 | 02/10/2002 | $856.34 | $0.00 |
| | | | | 01/15/2002 | $853.34 | $0.00 |
| January 1, 2002 | JANUARY | $853.34 | $3,413.36 | 01/04/2002 | $2,560.02 | $853.31 |
| December 1, 2001 | DECEMBER | $853.34 | $2,560.02 | | | $2,560.02 |
| November 8, 2001 | NOVEMBER | $853.34 | $1,706.68 | | | $1,706.68 |
| October 1, 2001 | OCTOBER | $853.34 | $2,560.02 | 09/28/2001 | $1,706.68 | $853.34 |
| October 1, 2001 | AUGUST & SEPTEMBER | $1,706.68 | $4,266.70 | 08/29/2001 | $2,560.02 | $1,706.68 |
| July 1, 2001 | JULY | $853.34 | $2,560.02 | | | $2,560.02 |
| June 1, 2001 | JUNE | $853.34 | $1,706.68 | | | $1,706.68 |
| May 8, 2001 | MAY | $853.34 | $2,560.02 | 05/04/2001 | $1,706.68 | $853.34 |
| April 1, 2001 | APRIL | $853.34 | $1,706.68 | | | $1,706.68 |
| March 1, 2001 | MARCH | $853.34 | $2,560.02 | 03/28/2001 | $1,706.64 | $853.34 |
| February 1, 2001 | FEBRUARY | $853.34 | $1,706.68 | | | $1,706.68 |
| January 3, 2001 | JANUARY | $853.34 | $3,413.26 | 01/09/2001 | $2,560.02 | $853.34 |
| December 1, 2000 | DECEMBER | $853.34 | $2,560.02 | | | $2,560.02 |
| November 1, 2000 | NOVEMBER | $853.34 | $1,706.68 | | | $1,706.68 |
| October 1, 2000 | OCTOBER | $853.34 | $853.34 | | | $853.34 |

GOVERNMENT EXHIBIT 3D