*[handwritten top right: 4/25/03 / Nobody Home / 1700 4/25/03]*



# United States Department of the Interior

OFFICE OF THE SOLICITOR
One Gateway Center – Suite 612
Newton, MA 02458-2802

TEL: (617) 527-3400
FAX: (617) 527-6848

IN REPLY REFER TO

April 23, 2003

Certified Mail Return Receipt Requested
No. 7002 2030 0004 7699 6502
No. 7002 2030 0004 7699 6519
No. 7002 2030 0004 7699 6526

Vannorath Sarin, President
Park Café & Gallery, Inc
746 Broadway Street
Lowell, MA 01854

Lim Kim Douf
Park Café & Gallery, Inc.
246 Market Street
Lowell, MA 01852

Lim Kim Douf
Park Café & Gallery, Inc.
8 Riverby Street
Lowell, MA 01850



*[handwritten notes: Hand delivered 4/25/03 ... 1857 4/25/03 ... Mrs Kim was not home and would be working late. Delivered it to her mother who said she would give it to her and give instruction to give package to Mrs. Kim ASAP. JP]*

## NOTICE OF DEFAULT - Lease No. 1443LE1978950001

This notice is given in accordance with Section 15 of that certain lease entered into between the United States of America, acting through the Lowell Historic Preservation Commission, as Lessor, and Park Café & Gallery, Inc. as assignee of Kim Chun, Vannarat Sarin, and Savaann Prak, d/b/a Park Cafe & Gallery, Lessee, dated February 1, 1995, as amended..

Pursuant to Section 15 of the said lease you are hereby notified that the said Lease is in default in the following respects:

1. Failure to pay rent as required pursuant to Section 4 of the said lease for the period from December 1, 2002 to date in the total amount of Twelve Thousand, Five Hundred, Six dollars and sixty-four cents ($12,506.64).

2. Failure to maintain comprehensive public liability Insurance in the amount specified in Section 13 of the said lease, namely not less than $1,000,0000.00 for bodily injury per person, and property damage of at least $50,000.00.



GOVERNMENT EXHIBIT C



# United States Department of the Interior

OFFICE OF THE SOLICITOR
One Gateway Center – Suite 612
Newton, MA 02458-2802

TEL: (617) 527-3400
FAX: (617) 527-6848

IN REPLY REFER TO

April 23, 2003

Certified Mail Return Receipt Requested
No. 7002 2030 0004 7699 6502
No. 7002 2030 0004 7699 6519
No. 7002 2030 0004 7699 6526

Vannorath Sarin, President
Park Café & Gallery, Inc
746 Broadway Street
Lowell, MA 01854

Lim Kim Douf
Park Café & Gallery, Inc.
246 Market Street
Lowell, MA 01852

Lim Kim Douf
Park Café & Gallery, Inc.
8 Riverby Street
Lowell, MA 01850

### NOTICE OF DEFAULT - Lease No. 1443LE1978950001

This notice is given in accordance with Section 15 of that certain lease entered into between the United States of America, acting through the Lowell Historic Preservation Commission, as Lessor, and Park Café & Gallery, Inc. as assignee of Kim Chun, Vannarat Sarin, and Savaann Prak, d/b/a Park Cafe & Gallery, Lessee, dated February 1, 1995, as amended..

Pursuant to Section 15 of the said lease you are hereby notified that the said Lease is in default in the following respects:

1. Failure to pay rent as required pursuant to Section 4 of the said lease for the period from December 1, 2002 to date in the total amount of Twelve Thousand, Five Hundred, Six dollars and sixty-four cents ($12,506.64).

2. Failure to maintain comprehensive public liability Insurance in the amount specified in Section 13 of the said lease, namely not less than $1,000,0000.00 for bodily injury per person, and property damage of at least $50,000.00.

4. Failure to obtain written consent of the Lessor as required pursuant to Section 9 of the said Lease to make non-structural alterations to the leased premises by virtue of running "dangerous" electrical wiring for lighting over the Park Café buffet area as reported by the Fire Prevention Bureau on March 11, 2003.

5. Violation of the following provisions of Section 20 of the said lease:

20. g. No loudspeakers shall be used in a manner so as to interfere with the quiet enjoyment of the other building tenants of the leased premises. Complaints of noise were received from building (Market Mills) tenants mostly recently on February 14, 2003, February 20, 2003, and March 13, 2003 in spite of being reminded about controlling noise in a meeting with the Park Superintendent on February 13, 2003;

20. i. No act or practice performed by the Lessee shall cause any offensive odors or loud noise or constitute a nuisance to other tenants on the premises. High levels of offensive odor (decaying food) permeated the leased premises on February 20, 2003 prior to the City Health Department's closure of the leased premises.

6. Failure to supply evidence of pest control services and semi-annual cleaning of exhaust duct system on second floor as well as hood system in kitchen area, pursuant to Section 23 (c) and (d) of the said lease. Written evidence of exhaust duct and hood systems cleaning was last received on January 24, 2000.

7. Violation of the following provisions of Section 24 of the said lease:

24. e. Assure proper functions and periodic inspection of all equipment in the leased premises. Fire suppression system for range hood and sprinkler system for the leased premises have not been maintained as evidenced by the Lowell Fire Department during their inspection of March 11, 2003;

24. j. Maintain and clean the eating area tables in the leased premises. Leftover food from a previous function was discovered on the eating tables of the leased premises on February 20, 2003 prior to closure by the City Health Department.

Accordingly, you are hereby notified that it is the intention of the Lessor to reenter the demised premises and declare the said Lease forfeited for nonpayment of rent in the amount of Twelve Thousand, Five Hundred, Six dollars and sixty-four cents ($12,506.64), seven (7) days after the receipt of this notice if such breach be continued. In addition, you are hereby notified that it is the intention of the Lessor to reenter the demised premises and declare the said Lease forfeited if the Lessee is then in default respecting all other complained of covenants, agreements or conditions, fourteen (14) days after the receipt by Lessee of this Notice if such breach be continued. The Lessor shall be entitled to the possession of the demised premises, and may enter into and upon the same and expel the Lessee and those claiming through or under it unless all of the aforesaid violations of lease covenants, agreements and conditions are corrected..

In addition, notice of gas utility charges for the leased premises required pursuant to Section 5 of the said lease for the period October 1, 1998 to March 31, 2003 in the total amount of Two Thousand, Nine Hundred, Ninety-six dollars and seventy-four cents ($2,996.74) was sent for collection by registered mail on April 14, 2003. Accordingly, the total amount owed to date under the said Lease is Fifteen Thousand, Five Hundred, Three dollars and thirty-eight cents ($15,503.38).

UNITED STATES OF AMERICA

By _____
Anthony R. Conte, Regional Solicitor
U.S. Department of the Interior


cc: Superintendent, Lowell NHP
    Denis T. Teague, Esq.
    AUSA George Henderson