

# United States Department of the Interior

OFFICE OF THE SOLICITOR
One Gateway Center – Suite 612
Newton, MA 02458-2802

TEL: (617) 527-3400
FAX: (617) 527-6848

IN REPLY REFER TO

September 25, 2003

Via FAX To: 978-453-4700

Denis T. Teague, Esq.
174 Central Street, Suite 404
Lowell, MA 01852

Re: Park Café & Gallery, Inc.

Dear Mr. Teague:

By Notice of Default dated April 23, 2003 your above-captioned client was given notice that the lease entered into between the United States of America, acting through the Lowell Historic Preservation Commission, as Lessor and Park Café & Gallery, Inc. was in default for failure to pay rent and numerous other violations. Since that time lengthy but ultimately unsuccessful discussions have taken place in an attempt to rectify this default. Accordingly, this letter is to provide notice that the National Park Service will re-enter and take possession of the leased premises located at 246 Market Street, Lowell, MA effective October 1, 2003.

Very truly yours,

Anthony R. Conte
Regional Solicitor

cc: Superintendent Lowell NHP
AUSA George Henderson



GOVERNMENT EXHIBIT D