# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-114100-DPW

| | |
|---|---|
| PARK CAFÉ & GALLERY, INC., and LIM DOUK KIM,<br>    **Plaintiffs** | )<br>)<br>)<br>) |
| **v.** | )<br>) |
| UNITED STATES DEPARTMENT OF INTERIOR,<br>    **Defendant** | )<br>)<br>)<br>) |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL AND FOR SUSPENSION OF TRIAL SCHEDULE PENDING APPEARANCE OF SUCCESSOR COUNSEL

Now comes Denis T. Teague, counsel to the Plaintiffs, Park Café & Gallery and Lim Douk Kim, and states as follows:

1. There has been a breakdown in attorney/client relationship to the point of requiring counsel's withdrawal.

2. As a consequence of the total loss of the value of her business and livelihood, the Plaintiff has been required to move out of state.

3. The difficulties of communicating since Plaintiff Lim Douk Kim's departure from Massachusetts have prevented filing of documents according to the timeline of the Scheduling Conference.

4. Two occasions of telephonic contact by the Plaintiff and counsel since the Scheduling Conference were impromptu and the Plaintiff has not been available for necessary

review and signing of necessary affidavits due to her distance and work

commitments.

WHEREFORE, Denis T. Teague moves this Honorable Court as follows:

1.  To grant Denis T. Teague leave to withdraw his appearance as counsel for the

    Plaintiffs;

2.  To suspend the trial/pre-trial schedule pending appearance of new counsel or filing of

    pro se appearance by the Plaintiffs.

Dated: November 30, 2004

The foregoing has been submitted as a paper filing due to the corruption of the PDF program on
the computer system of Plaintiff's counsel.

Denis T. Teague, Esquire
BBO #642552
174 Central Street
Lowell, MA 01852
(978) 454-6551

2

## CERTIFICATE OF SERVICE

I, Denis T. Teague, certify that I have served upon the persons listed below a true copy of the foregoing document by postage prepaid, first class mail this 20th day of November, 2004.

Lim Douk Kim
311 Arthur Street
Utica, NY 13501

Gina Walcott-Torres
Assistant U.S. Attorney
One Courthouse Way
Suite 9200
Boston, MA 02210

Denis T. Teague, Esq.
BBO #642552
174 Central Street
Lowell, MA 01852
(978) 454-6551

# DENIS T. TEAGUE
### ATTORNEY AT LAW
174 Central Street, Suite 404
Lowell, MA  01852

Telephone: (978) 454-6551
Fax: (978) 453-4700

Lim Douk Kim
311 Arthur Street
Utica, NY 13501



November 30, 2004

RE:    **Park Café, et al v. U.S.**

Dear Lim Kim:

In our last telephone discussion on November 22, 2004, you stated that you were going to provide me with a fax number to send the documentation regarding our telephonic client conference and the affidavits necessary to amend your complaint to include the private parties.

You neglected to provide me with the fax number. As I explained on the telephone, your inability to contact me in a timely fashion has put your case in jeopardy of dismissal. We are under a timeline endorsed by the court. Failure to comply with the filing timeline can be grounds for dismissal. I am not always available for impromptu conferences by telephone. Because of your circumstances, I have on two occasions, interrupted conferences with other clients to take your telephone calls. My certified letter to you went uncollected and was returned to me. Although I know your intent is to press your claims, at this point I am befuddled.

I believe it is in your best interests for you to find new counsel more conveniently located near you. To that end, I have submitted this day a Motion to Withdraw Appearance of Counsel. The motion also asks suspension of the trial / pre-trial schedule in light of your circumstance. Kindly inform me when you have a new lawyer and I shall send your file to him or her. If you wish to file a pro se appearance, I shall send your file to you. (A pro se appearance form is also included for your use.)

Very truly yours,

Denis T. Teague, Esq.