UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LIM DOUK KIM, ET AL.,
    Plaintiffs,

v().                                CIVIL ACTION
                                  NO.04-11410-DPW

U.S. DEPARTMENT OF THE INTERIOR,
    Defendant.

### ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Ruling on January 14, 2005 Allowing the (#8) Motion of the Defendant United States Department of the Interior to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) & 12(b)(6), for the reasons stated in open court on the record, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

BY THE COURT,

/s/ Michelle Rynne
_____
Deputy Clerk

Dated: January 14, 2005